No. 00–10468. STARKS v. COCKRELL, DIRECTOR, TEXAS DE-
PARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.
C. A. 5th Cir. Certiorari denied.

No. 00–10469. REESE v. CAIN, WARDEN. C. A. 5th Cir. Cer-
tiorari denied.

No. 00–10470. BONDURANT v. COLORADO GENERAL ASSEMBLY
ET AL. Sup. Ct. Colo. Certiorari denied.

No. 00–10471. MATHISON v. UNITED STATES. C. A. 8th Cir.
Certiorari denied.

No. 00–10472. LEVY v. IMMIGRATION AND NATURALIZATION
SERVICE. C. A. 7th Cir. Certiorari denied.

No. 00–10473. BIRKHOLZ v. SIXTEENTH JUDICIAL COURT OF
MONTANA, CUSTER COUNTY. Sup. Ct. Mont. Certiorari denied.

No. 00–10474. MULAZIM v. CHAVEZ, CLASSIFICATION DIREC-
TOR, CORRECTIONAL FACILITY PROGRAM, ET AL. C. A. 6th Cir.
Certiorari denied.

No. 00–10475. KASKA v. HARRELSON ET AL. C. A. 11th Cir.
Certiorari denied.

No. 00–10476. LICHTENBERG, AKA LICHTENBERG-COOKE v.
UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 00–10477. MONTES-MANZANO v. UNITED STATES. C. A.
5th Cir. Certiorari denied.

No. 00–10478. ADAMS v. JACKSON, WARDEN. C. A. 6th Cir.
Certiorari denied.

No. 00–10480. MULLER v. SENKOWSKI, SUPERINTENDENT,
COXSACKIE CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari
denied.

No. 00–10481. DAVIS v. UNITED STATES. C. A. D. C. Cir.
Certiorari denied.

No. 00–10482. REDMAN v. MARYLAND. Ct. App. Md. Certio-
rari denied.